IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEIDI BELL, JARED LUNDAHL, LOGAN LUNDAHL, BRIGHAM LUNDAHL, H. LUNDAHL, AND TELFORD-LUNDAHL TRUST, dated June 15, 1993 Administered from the State of Nebraska;<br><br>Plaintiffs,<br><br>vs.<br><br>THE GERALD AND MARY LUNDAHL LIVING TRUST, (Now Irrevocable) Dated April 19, 2005; MARY ANN HADLEY-LUNDAHL,  LAW OFFICES OF BROCK, MARTIN & VOORHEES, PC, KENDRA MARIE WALKER, AND BRIAN DAVID HADLEY,<br><br>Defendants. | **7:16CV5001**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Attorney Terrance O. Waite as counsel of record on behalf of Defendant Law Offices of Brock, Martin & Voorhees, PC., (filing no. 10), is granted.

September 2, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge