IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEIDI BELL, JARED LUNDAHL, LOGAN LUNDAHL, BRIGHAM LUNDAHL, H. LUNDAHL, and TELFORD-LUNDAHL TRUST, dated June 15, 1993 Administered from the State of Nebraska;<br><br>Plaintiffs,<br><br>vs.<br><br>THE GERALD AND MARY LUNDAHL LIVING TRUST, (Now Irrevocable) Dated April 19, 2005; MARY ANN HADLEY-LUNDAHL, LAW OFFICES OF BROCK, MARTIN & VOORHEES, PC, KENDRA MARIE WALKER, and BRIAN DAVID HADLEY,<br><br>Defendants. | 7:16CV5001<br><br>ORDER |

IT IS ORDERED that the motion to withdraw S. David Schreiber, as counsel of record for Defendants Brian David Hadley, Mary Ann Hadley-Lundahl, Law Offices of Brock, Martin & Voorhees, PC, The Gerald and Mary Lundahl Living Trust, Kendra Marie Walker, (Filing No. 23), is granted. S. David Schreiber shall no longer receive electronic notice in this case.

October 16, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge