IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEIDI BELL, JARED LUNDAHL, LOGAN LUNDAHL, BRIGHAM LUNDAHL, H. LUNDAHL, and TELFORD-LUNDAHL TRUST, dated June 15, 1993 Administered from the State of Nebraska;<br><br>Plaintiffs,<br><br>vs.<br><br>THE GERALD AND MARY LUNDAHL LIVING TRUST, (Now Irrevocable) Dated April 19, 2005; MARY ANN HADLEY-LUNDAHL, LAW OFFICES OF BROCK, MARTIN & VOORHEES, PC, KENDRA MARIE WALKER, and BRIAN DAVID HADLEY,<br><br>Defendants. | 7:16CV5001<br><br>**MEMORANDUM AND ORDER** |

　　I had previously referred two cases, 4:16CV3093 and 8:16CV368, to the United States Attorney for investigation of a possible criminal action. I have now been informed that the United States Attorney has declined to pursue prosecution in these two cases.

　　The United States Attorney further advised that:

　　In February this year the District of South Dakota secured an indictment charging Holli Lundahl a.k.a. Telford with charges relating to fraudulent social security benefits. In April this year Holli Lundahl was charged in the District of Wyoming with Medicaid fraud.

(Filing 83 in 4:16CV3093; Filing 74 in 8:16CV368).

I stayed the other four cases (4:15CV3133; 4:16CV3000; 4:16CV3147; 7:16CV5001) pending resolution of my referral to the United States Attorney. Given the passage of time, I need to resolve these six cases as soon as reasonably possible.

Our local rules (NEGenR 1.3) require that pro se parties keep the court informed of their current mailing address, telephone number, and e-mail address at all times. Given that, and the amount of time that has passed, it will be necessary for all pro se parties to comply with NEGenR 1.3.

IT IS THEREFORE ORDERED that all pro se (unrepresented) parties in this case shall file the required information with this court no later than January 19, 2021. Failure to comply with this order may result in dismissal or other appropriate sanctions.

Dated this 21st day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge