IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOGAN LUNDAHL and HOLLI TELFORD,         Plaintiffs,    vs. STEPHEN DUNN, DUSTIN SMITH, JEFF SEMRAD, DIXIE HUBBARD, JAIME DE ANDA, ONEIDA COUNTY, US BANK, LAW OFFICES OF MERRILL AND MERRILL, KIMBERLEY JOHNSON, DETECTIVE SCHWARTZ, DOUG WILLIAMS, DAVID NYE, CRAIG CHRISTENSEN, FIRST AMERICAN TITLE INSURANCE COMPANY, E. BROWN, SHARON HESS, DOES 1-10, KEY BANK, LON COLTON, KENT HIGGINS, MOUNTAIN WEST DRILLING, CONNIE EVANS, JEFF BARNES, and MICHAEL FRANDSEN,         Defendants. | **4:15CV3133** **MEMORANDUM AND ORDER** |
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford personally and as assignee to the claims of Marti Lundahl; and H. LUNDAHL TELFORD,         Plaintiffs,    vs. MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, TORI R. A. KRICKEN, in her official capacity; GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, SUSAN AUKEMA, PAMELLA GEE, U.S. Postal Employees; and DOES 1-10,         Defendants. | **8:16CV368** **MEMORANDUM AND ORDER** |

| | |
|---|---|
| LOGAN LUNDAHL and HOLLI LUNDAHL, <br><br> Plaintiffs, <br><br> vs. <br><br> MEL HOFFMAN, LOS ANGELES HOME-OWNERS AID, INC., LAW OFFICES OF MCKAY, BURTON AND THURMAN, JEREMY SINK, WILLIAM THURMAN, GLENNA GOTTFREDSON, WELLS FARGO BANK, J. SEMRAD, KARL VEN DEN BERG, EDNA BROWN, KAREN MILLER, and DOES 1-10, <br><br> Defendants. | **4:16CV3000** <br><br> **MEMORANDUM AND ORDER** |
| E.H. NEILSON, <br><br> Plaintiff, <br><br> vs. <br><br> HSBC, BENEFICIAL WYOMING, INC., WADE WALDRIP, Judge; JAMES BELCHER, LAW OFFICE OF CROWLEY AND FLECK, ARVIND KARKERA, NORTHERN TITLE COMPANY, UNITED STATES POSTAL SERVICE, K.S. CHRISTIANSEN, and DOES 1-10, <br><br> Defendants. | **4:16CV3093** <br><br> **MEMORANDUM AND ORDER** |
| HOLLIE TELFORD and STEVEN FRITTS, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, MOUNTAIN WEST FARM BUREAU | **4:16CV3147** <br><br> **MEMORANDUM AND ORDER** |

2

| | |
|---|---|
| INSURANCE COMPANY, GEORGE POWERS, LAW OFFICE OF SUNDAHL, POWERS, KAPP AND MARTIN, LLC, SUSAN AUKEMA, PAMELA GEE, LEA BONNECAZE, and DOES 1-10,<br><br>     Defendants. | |
| HEIDI BELL, JARED LUNDAHL, LOGAN LUNDAHL, BRIGHAM LUNDAHL, H. LUNDAHL, and TELFORD-LUNDAHL TRUST, dated June 15, 1993 Administered from the State of Nebraska;<br><br>     Plaintiffs,<br><br> vs.<br><br>THE GERALD AND MARY LUNDAHL LIVING TRUST, (Now Irrevocable) Dated April 19, 2005; MARY ANN HADLEY-LUNDAHL, LAW OFFICES OF BROCK, MARTIN & VOORHEES, PC, KENDRA MARIE WALKER, and BRIAN DAVID HADLEY,<br><br>     Defendants. | **7:16CV5001**<br><br>**MEMORANDUM AND ORDER** |
| HOLLI LUNDAHL,<br><br>     Plaintiff,<br><br> vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION LLC,<br><br>     Defendants. | **4:19CV3010**<br><br>**MEMORANDUM AND ORDER** |

  Because the Plaintiffs in the above-entitled cases have failed to update their addresses as ordered by the Court,

3

IT IS ORDERED that the above-entitled cases are dismissed without prejudice. A separate judgment will issue.

Dated this 2nd day of February, 2021.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge